Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

SHELBY KRUSE,

    Plaintiff,

vs.

AUDIT & ADJUSTMENT COMPANY, INC., d/b/a EVERGREEN BILLING SPECIALISTS,

    Defendants.

No. 2:17-cv-1199-RSL

JOINT MOTION TO DISMISS

NOTED FOR HEARING:
JANUARY 25, 2018

The Parties, by and through their respective attorneys of record, having reached a settlement in the above-captioned matter, hereby stipulate and agree that the above-captioned lawsuit should be dismissed with prejudice and without costs.

JOINTLY AGREED AND DATED this 25th day of January, 2018.

CONCORD LAW, PC

By: /s Ryan Pesicka (via electronic consent)
Ryan Pesicka, WSBA No. 48182
Of Attorneys for Plaintiff
Shelby Kruse

144 Railroad Ave, Ste 236
Edmonds WA  98020
(206) 512-8029
ryan@concordlawseattle.com

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1
2:17-cv-1199-RSL
6234975.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

MARCUS & ZELMAN, LLC

By: /s Yitzchak Zelman
    Yitzchak Zelman, pro hac vice
    Of Attorneys for Plaintiff
    Shelby Kruse

    1500 Allaire Ave.
    Ocean, NJ 07712
    (845) 367-7146
    yzelman@marcuszelman.com

LEE SMART, P.S., INC.

By: /s Marc Rosenberg
    Marc Rosenberg, WSBA No. 31034
    Of Attorneys for Defendant
    Audit & Adjustment Company, Inc.
    d/b/a Evergreen Billing Specialists

    1800 One Convention Place
    701 Pike St.
    Seattle, WA 98101-3929
    (206) 624-7990
    mr@leesmart.com

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE - 2
2:17-cv-1199-RSL
6234975.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

# CERTIFICATE OF SERVICE

I hereby certify that on the date provided at the signature below, I electronically filed the preceding document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

Mr. Ryan Pesicka
Concord Law, P.C.
144 Railroad Ave, Ste 236
Edmonds, WA  98020
ryan@concordlawseattle.com

Yitzchak Zelman
Marcus & Zelman, LLC
1500 Allaire Ave.
Ocean, NJ 07712
(845) 367-7146
yzelman@marcuszelman.com

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct, to the best of my knowledge.

Dated this 25th day of January, 2018 at Seattle, Washington.

    LEE SMART, P.S., INC.

    By: /s Marc Rosenberg_____
        Marc Rosenberg, WSBA No. 31034
        Of Attorneys for Defendant
        Audit & Adjustment Company, Inc.
        d/b/a Evergreen Billing Specialists

        1800 One Convention Place
        701 Pike St.
        Seattle, WA 98101-3929
        (206) 624-7990
        mr@leesmart.com

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE - 3
2:17-cv-1199-RSL
6234975.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944