Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SHELBY KRUSE, <br><br> Plaintiff, <br><br> vs. <br><br> AUDIT & ADJUSTMENT COMPANY, INC., d/b/a EVERGREEN BILLING SPECIALISTS, <br><br> Defendants. | No. 2:17-cv-1199-RSL <br><br> ORDER OF DISMISSAL <br> [PROPOSED] |

THIS MATTER having come on regularly before the undersigned judge in the above-entitled court, the Court having considered the Stipulation of the parties, and the Court deeming itself otherwise advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that the above-captioned lawsuit is dismissed with prejudice. The case is hereby closed, and each party shall bear its own costs and expenses of litigation.

ENTERED this 1st day of Feb., 2018.

_____
Honorable Robert S. Lasnik

ORDER OF DISMISSAL - 1
2:17-cv-1199-RSL
6236352.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944